**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
**In re:**

                                                          **Chapter 11**

**PCP GROUP, LLC**                                     **Case No.: 24-42448 (NHL)**

**Debtors.**
---------------------------------------------------------X

### NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

**PLEASE TAKE NOTICE** that, upon the annexed affidavit of movant in support of this motion, applicant will move this Court before the Honorable Nancy Hershey Lord at the United States Bankruptcy Court, located at 271-C Cadman Plaza E #1595, Brooklyn, NY 11201, pursuant to Rule 2090-1,(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of McGlinchey Stafford, LLC, and a member in good standing of the Bar of the State(s) of Florida, as attorney Pro Hac Vice to argue or try this case in whole or in part as counsel.

Dated: July 8th, 2024

                                                        Respectfully submitted,

                                              **McGLINCHEY STAFFORD**

                                              */s Edmund S. Whitson, III*
                                              **Edmund S. Whitson, III**
                                              Florida Bar No. 897272
                                              ewhitson@mcglinchey.com
                                              oshehaj@mcglinchey.com
                                              100 South Ashley Street, Suite 600
                                              Tampa, Florida 33602
                                              Telephone (813) 310-0733
                                              Facsimile (904) 212-1784

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------------**
**In re:**

                                          **AFFIDAVIT IN SUPPORT OF**
                                          **MOTION TO ADMIT COUNSEL**
                                          *PRO HAC VICE*

                                          **Chapter: 11**

                                          **Case Number: 24-42448 (NHL)**

**PCP GROUP, LLC**

**Debtors.**
**-----------------------------------------------------------X**

Edmund S. Whitson, being duly sworn, hereby deposes and says as follows:

1. I am (a/an) Attorney with the law firm of McGlinchey Stafford, LLC.

2. I submit this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony. [*If you circled "have," please describe facts and circumstances*.]

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court, [*If you circled "have," please describe facts and circumstances*.]

1

7. Wherefore you affiant respectfully submits that she/he be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case for Creditor Valley National Bank.

Dated: July 8th, 2024

    Respectfully submitted,

**McGLINCHEY STAFFORD**

*/s Edmund S. Whitson, III*
**Edmund S. Whitson, III**
Florida Bar No. 897272
ewhitson@mcglinchey.com
oshehaj@mcglinchey.com
100 South Ashley Street, Suite 600
Tampa, Florida 33602
Telephone (813) 310-0733
Facsimile (904) 212-1784

2



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )          In Re:   0897272
                                       Edmund Stuart Whitson III
                                       Edmund S. Whitson, III
                                       10407 Centurion Pkwy N Ste 200
                                       Jacksonville, FL 32256-0544

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 1, 1991**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  8th  day of **July, 2024**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-293915



**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
**In re:**

                                **Chapter 11**

**PCP GROUP, LLC**                        **Case No.: 24-42448 (NHL)**

**Debtors.**
---------------------------------------------------------X

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice Pro Hac vice in the above-captioned matter is granted. The admitted attorney, Edmund S. Whitson, is permitted to argue or try this particular case in whole or in part as counsel. The admitted attorney may, enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

The Clerk is directed to enter the above attorney's appearance as counsel in the above-captioned case. The above-named attorney must serve a copy of this Order on Debtor's counsel (if any), the case trustee (if any), and all parties who filed notices of appearance, and file a certificate of such service within 10 business days of the date hereof.

Dated:_____

                                          E N T E R:

                                          _____
                                                      J.S.C.